# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GLORIA ROSSITER,

               Plaintiff,

v.

MCCARTHY BURGESS & WOLFF INC.

               Defendant.

Case No. 17-CV-438-JPS

**ORDER**

On March 24, 2017, Plaintiff filed a complaint against Defendant, alleging violations of the Fair Debt Collection Practices Act. (Docket #1). From the Court's records, it does not appear that Defendant has been served with process nor has it answered the complaint. On April 20, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice and without costs to either party. (Docket #5). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge